**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION (DAYTON)**

| | |
|---|---|
| KELLI R. THOMAS, : | Case No. 3:25-cv-00224 |
|  Plaintiff, : |  |
| : | District Judge Walter H. Rice |
| vs. : | Magistrate Judge Caroline H. Gentry |
| : |  |
| ENERGIZER HOLDINGS INC, : |  |
|  Defendant. : |  |

## ORDER SCREENING THE COMPLAINT

This matter is before the undersigned Magistrate Judge to screen Plaintiff's Complaint. (Doc. No. 6.) The Court conducts this preliminary review because Plaintiff has been granted *in forma pauperis* status (*see* Doc. No. 5) and that statute, 28 U.S.C. § 1915, requires screening. The undersigned considers whether the *pro se* Complaint appears to state a plausible claim on which relief may be granted. 28 U.S.C. § 1915(e).

In the *pro se* Complaint, Plaintiff sues his former employer. (*See* Complaint, Doc. No. 6 at PageID 29). He alleges Defendant terminated his employment after denying the sick leave he needed because of his disability. (*Id.*) Plaintiff appears to raise claim(s) under the Americans with Disabilities Act, as well as under the general civil rights statute, 42 U.S.C. § 1983. (*Id.*; *see also* Civil Cover Sheet, Doc. No. 1-5 at PageID 17.)

At this time, without the benefit of an answer of other briefing, the Magistrate Judge concludes that Plaintiff should be permitted to develop his claims further. This

conclusion is not an opinion on the merits of the claims or whether Plaintiff will ultimately obtain relief.

The case shall **PROCEED** forward at this time. The United States Marshal shall proceed to serve Defendant if it has not already been served and promptly file proof of service on the docket. 28 U.S.C. § 1915(d). (*See* Doc. No. 7.)

**IT IS SO ORDERED**.

*s/Caroline H. Gentry*
Caroline H. Gentry
United States Magistrate Judge