**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION (DAYTON)**

KELLI R. THOMAS,

      Plaintiff,

vs.

ENERGIZER HOLDINGS INC,

      Defendant.

:
:
:
:
:
:
:
:
:
:

Case No. 3:25-cv-00224

District Judge Walter H. Rice
Magistrate Judge Caroline H. Gentry

---

### NOTICE TO *PRO SE* PLAINTIFF OF DISPOSITIVE MOTION

---

Defendant Energizer Holdings Inc. filed a Motion to Dismiss your Amended Complaint on May 4, 2026. (Doc. No. 26.) In the Motion, Defendant asks the Court to immediately resolve the claims against it in its favor without any further proceedings. You should soon receive a copy of the Motion in the mail from Defendant's attorney.

You must file your Response to Defendant's Motion no later than **May 25, 2026**. If circumstances beyond your control prevent you from meeting this deadline, you must **IMMEDIATELY** file a motion explaining the circumstances and requesting an extension of time. **If you do not file a timely response to Defendant's Motion, the Court may grant it and dismiss some or all of your case.**

You are **REMINDED** that your Response and all other filings in this case must include a Certificate of Service confirming that they have been served on all other parties. Please review and become familiar with the Federal Rules of Civil Procedure, the Court's Local Rules, and A Guide for Pro Se Civil Litigants: Representing Yourself in the United

2

States District Court for the Southern District of Ohio. These materials are available on the Court's website (https://www.ohsd.uscourts.gov/pro-se).

You are also **REMINDED** that you must keep this Court informed of your current address while this case is pending. If you do not, you may miss deadlines and important instructions, which may cause the Court to dismiss the case for failure to prosecute.

**IT IS SO ORDERED**.

*s/Caroline H. Gentry*
Caroline H. Gentry
United States Magistrate Judge